## 37386. STATE HIGHWAY DEPARTMENT v. LUMSDEN et al.

TOWNSEND, Judge. The State Highway Department having failed, at the time of filing its appeal in this condemnation case from the award of the assessors, to pay or tender into court the amount of such award, the trial court did not err in sustaining the motion of the defendant in error to dismiss the appeal.

*Judgment affirmed. Gardner, P. J., and Carlisle, J., concur.*

DECIDED MARCH 11, 1959.

Eugene Cook, Attorney-General, Paul Miller, Assistant At-

*torney-General, John L. Jernigan, Deputy Assistant Attorney-General, John R. Rogers,* for plaintiff in error.

*James H. Pate, Reinhardt & Ireland, Bob Reinhardt,* contra.